IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. PROUDFOOT | : | CIVIL ACTION |
| v. | : | |
| MARK SCHWEIKER, et al. | : | NO. 02-4741 |

## ORDER

AND NOW, this _____ day of October, 2002, it appearing that on July 3, 2002, five prisoners attempted to file one single petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, labeled Civil Action Number 02-cv-4470, and

it further appearing that on July 16, 2002, this court Ordered that on-cv-4470 be split into five separate lawsuits, and that the court also Ordered all five plaintiffs, including Mr. Proudfoot, to file using the then-current 28 U.S.C. §2254 form, as required by Local Civil Rule 9.3, and that the court also Ordered that Mr. Proudfoot _complete_ this form as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the form, without recourse to any attachments) and _return_ it to the Clerk of Court within thirty (30) days, together _**either**_ a completed in forma pauperis application _**or**_ a check for five dollars, or else Civil Action number 02-cv-4741 would be dismissed, and

it further appearing that the Clerk of this Court promptly furnished a copy of the court's Order of July 16, 2002, as well as a copy of the blank standard form, to Mr. Proudfoot at the address he had originally listed in 02-cv-4470, and that this material was returned to the Clerk of this Court by the Postal Service as undeliverable, and

it further appearing that Local Rule of Civil Procedure 5(b) requires all pro se litigants in this court to keep the court informed of where they can be located, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
JOHN R. PADOVA, J.